| # 1 Defendant # | Seller Name | Product URL | Product Screenshot | Plaintiff's Design Patent |
|---|---|---|---|---|
| # 1 | Nixiamy | https://www.amazon.com/Nixiamy-Rugged-Release-Mountaineering-Replacement/dp/B0CP3PFLYG/ref=sr_1_1?crid=9ME7B0N8SZU8&dib=eyJ2IjoiMSJ9.jlBEwnz-n1f-XvvB3aBeXw.AvdkOqMVyCC0B4valHFS0TUQu2Vz6F-ou9jc8rpvpiQ&dib_tag=se&keywords=B0CP3PFLYG&qid=1717029582&sprefix=b0cp3pflyg%2Caps%2C245&sr=8-1&th=1 | | |
| # 2 | Fullife | https://www.amazon.com/FULLIFE-Compatible-Rugged-Velcro-iWatch/dp/B0CJRN2RTZ/ref=sr_1_1?crid=31L9UMV2UCIUJ&dib=eyJ2IjoiMSJ9.FNpeXGMEs9D5xt2GnHGsTg.iNMEr7STWik6b8QR93TRtD4lUwZYfuFXyYmHrShRpRw&dib_tag=se&keywords=B0CJRN2RTZ&qid=1717030618&sprefix=b0cjrn2rtz%2Caps%2C535&sr=8-1&th=1 | | |
| # 3 | ZEBWAY | https://www.amazon.com/ZEBWAY-Compatible-Rugged-Tactical-iWatch/dp/B0CQ1Y8GM9/ref=sr_1_2?crid=3DB5WSD03COO0&dib=eyJ2IjoiMSJ9.M2bGeVgbBhj2LO0cvH0oYA.67xq2vnxr-ujuCFg3a1AaA30m39QpSL7en7pWVtPVZw&dib_tag=se&keywords=B0CQ1Y8GM9&qid=1717030779&sprefix=b0cjrn2rtz%2Caps%2C675&sr=8-2 | | |

| # 4 | Anlinser | https://www.amazon.com/Anlinser-Compatible-Rugged-Designed-iWatch/dp/B0CPPMS9HZ/ref=sr_1_1?crid=30EI9HQLIEHUX&dib=eyJ2IjoiMSJ9.Mjqjt8kgZ7Bff66Xr848xA.BbLRySBz024spTAVt5cvENjdKOytA_FmFDxJKO9a01k&dib_tag=se&keywords=B0CPPMS9HZ&qid=1717031813&sprefix=b0cppms9hz%2Caps%2C507&sr=8-1&th=1 | | |
| --- | --- | --- | --- | --- |
| # 5 | HDAYM | https://www.amazon.com/HDAYM-Apple-Design-Hiking-iwatch/dp/B0CYH3NG9F/ref=sr_1_1?crid=1W7EN7RN9EFRY&dib=eyJ2IjoiMSJ9.ZfAPIbMd4mEnpN7hBhQl_g.nVvMSAZgMroA-Q8WOsbRBeZHqhiuQfyrEdCZBSYTzwU&dib_tag=se&keywords=B0CYH3NG9F&qid=1748931738&sprefix=b0cyh3ng9f%2Caps%2C316&sr=8-1&th=1 | | |
| # 6 | Guangzhou Lumei Trading Co., Ltd. | https://www.alibaba.com/product-detail/for-Apple-Watch-Ultra-2-Band_1600988836333.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |

| # 7 | Shenzhen Little Wolf Trading Co., Ltd. | https://www.alibaba.com/product-detail/Sporty-Woven-Nylon-Straps-for-Apple_1600993540388.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |
|---|---|---|---|---|
| # 8 | Dongguan Huangjiang Jinliangtang Hardware Factory | https://www.alibaba.com/product-detail/Sports-nylon-strap-for-apple-watch_1600962447995.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |
| # 9 | Shenzhen Geekthink Tech Co., Ltd. | https://www.alibaba.com/product-detail/Tactical-Sports-Band-for-Iwatch-Series_1600989944455.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |
| # 10 | Shenzhen Vilo Industrial Co., Ltd. | https://www.alibaba.com/product-detail/For-Apple-Watch-Ultra-2-Band_1601006265050.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |

| # 11 | Shenzhen Elobal Digital Co., Ltd. | https://www.alibaba.com/product-detail/20mm-22mm-Sport-Canvas-Nylon-Watch_1601047735063.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |
|---|---|---|---|---|
| # 12 | Shenzhen Huaming Jun Rubber Co., Ltd. | https://www.alibaba.com/product-detail/2024-popular-bracelet-belt-breathable-watch_1600990725538.html?spm=a2700.picsearch.normal_offer.d_image.18ea5f93QNVucC | | |
| # 13 | Shenzhen Yunse Technology Co., Ltd. | https://www.alibaba.com/product-detail/YUNSE-New-Adjustable-Sport-Elastic-Loop_1600914147947.html?spm=a2700.picsearch.normal_offer.d_image.4c095f931alxlD | | |
| # 14 | Shenzhen Easilife Silicone Rubber Industrial Co.,Ltd | https://www.alibaba.com/product-detail/EASILIFE-in-stock-two-pieces-replacement_1600875116584.html?spm=a2700.picsearch.normal_offer.d_image.4c095f931alxlD | | |

| # 15 | eshopbest1688 | https://www.ebay.com/itm/176066063028 | | |
|---|---|---|---|---|
| # 16 | salesexplosion | https://www.ebay.com/itm/386825027986 | | |
| # 17 | olala_usa | https://www.ebay.com/itm/404678028613 | | |
| # 18 | watch_acc Shop | https://www.ebay.com/itm/395244201512 | | |

| # 19 | homezr168 | https://www.ebay.com/itm/314872278496 | | |
|---|---|---|---|---|
| # 20 | watch strap band | https://www.ebay.com/itm/386224070560 | | |
| # 21 | exhibitzy | https://www.ebay.com/itm/355091610912 | | |
| # 22 | Shopping Carnival | https://www.ebay.com/itm/176111821143 | | |

| # 23 | maxmore_no1 | https://www.ebay.com/itm/225865142612 | | |
|---|---|---|---|---|
| # 24 | Wristband Mall | https://www.ebay.com/itm/134798055570 | | |
| # 25 | 9che561 | https://www.ebay.com/itm/186335567603 | | |
| # 26 | y-hk835 | https://www.ebay.com/itm/186161347042 | | |

| # 27 | Appreciative-2017 | https://www.ebay.com/itm/204490792125 | | |
|---|---|---|---|---|
| # 28 | BandsShop | https://www.ebay.com/itm/394983273016 | | |
| # 29 | top_us59 | https://www.ebay.com/itm/176061572829 | | |
| # 30 | bestchoice_store_online | https://www.ebay.com/itm/225593816274 | | |

| # 31 | Watch Band Store | https://www.ebay.com/itm/355168984847 | | |
|---|---|---|---|---|
| # 32 | YuiYuKa | https://www.walmart.com/ip/YuiYuKa-Bands-Compatible-Apple-Watch-Ultra-2-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Ser/5427454800?from=/search | | |
| # 33 | BRADCET | https://www.walmart.com/ip/BRADCET-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ultr/5445023129?from=/search | | |
| # 34 | SOLOLUP | https://www.walmart.com/ip/SOLOLUP-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ultr/5445023155?from=/search | | |

| # 35 | LEIXIUER | https://www.walmart.com/ip/LEIXIUER-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ult/5446901064?from=/search | | |
|---|---|---|---|---|
| # 36 | BXUXOHS | https://www.walmart.com/ip/BXUXOHS-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ultr/5439870981?from=/search | | |
| # 37 | CIRUTVAL | https://www.walmart.com/ip/CIRUTVAL-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ult/5439111806?from=/search | | |
| # 38 | ALMNVO | https://www.walmart.com/ip/ALMNVO-Bands-Compatible-Apple-Watch-Band-49mm-45mm-44mm-42mm-38mm-40mm-41mm-Men-Women-Rugged-Tactical-Wide-Nylon-Sport-Magic-tape-iWatch-Series-Ultra/5439820260?from=/search | | |

| # 39 | Yepabdn | https://www.walmart.com/ip/Yepband-20mm-22mm-Band-Compatible-Samsung-Galaxy-Watch-6-5-4-40mm-44mm-Galaxy-Classic-42mm-46mm-43mm-47mm-5-Pro-45mm-Amazfit-watch-Rugged-Nylon-Strap/5450216222?from=/search | | |
|---|---|---|---|---|
| # 40 | HQstrap Official Store | https://www.aliexpress.com/item/1005006619054329.html?spm=a2g0o.productlist.main.77.64b3NaTWNaTWI1&algo_pvid=95248639-95ad-4d37-84b6-5d20d8a0fa36&algo_exp_id=95248639-95ad-4d37-84b6-5d20d8a0fa36-38&pdp_npi=4%40dis%21USD%219.50%214.84%21%21%219.50%214.84%21%402101e63417109009893077413edf05%2112000037961367317%21sea%21US%210%21AB&curPageLogUid=RqmADN3zq1qK&utparam-url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |
| # 41 | Tiny Boutique World | https://www.aliexpress.com/item/1005006524841283.html?spm=a2g0o.productlist.main.87.64b3NaTWNaTWI1&algo_pvid=95248639-95ad-4d37-84b6-5d20d8a0fa36&algo_exp_id=95248639-95ad-4d37-84b6-5d20d8a0fa36-43&pdp_npi=4%40dis%21USD%213.93%210.99%21%21%213.93%210.99%21%402101e63417109009893077413edf05%2112000037526530535%21sea%21US%210%21AB&curPageLogUid=mJLX6lE4CLNa&utparam- | | |

| | | | | |
|---|---|---|---|---|
| | | url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |
| # 42 | BOBO-Strap Store | https://www.aliexpress.com/item/1005006409000047.html?spm=a2g0o.productlist.main.67.64b3NaTWNaTWI1&algo_pvid=92d564b7-a4f0-4664-897d-00734b54a6b0&algo_exp_id=92d564b7-a4f0-4664-897d-00734b54a6b0-33&pdp_npi=4%40dis%21USD%214.09%213.64%21%21%214.09%213.64%21%402103081017109010669093190ef622%2112000037059882544%21sea%21US%210%21AB&curPageLogUid=Wz3FYbH6MAIZ&utparam-url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |
| # 43 | Geekthink Refit Mod Store | https://www.aliexpress.com/item/1005006151296056.html?spm=a2g0o.productlist.main.101.64b3NaTWNaTWI1&algo_pvid=92d564b7-a4f0-4664-897d-00734b54a6b0&algo_exp_id=92d564b7-a4f0-4664-897d-00734b54a6b0-50&pdp_npi=4%40dis%21USD%213.92%210.99%21%21%213.92%210.99%21%402103081017109010669093190ef622%2112000035995841866%21sea%21US%210%21AB&curPageLogUid=8WGVIxLW1OIT&utparam-url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |

| # 44 | Chicwrist Watchband Store | https://www.aliexpress.com/item/1005006356254692.html?spm=a2g0o.productlist.main.47.64b3NaTWNaTWI1&algo_pvid=98f59f5d-3c27-4505-9ab5-dec7cd0b1feb&algo_exp_id=98f59f5d-3c27-4505-9ab5-dec7cd0b1feb-23&pdp_npi=4%40dis%21USD%216.10%215.45%21%21%216.10%215.45%21%402103277f17109013980492013e286d%2112000036872673791%21sea%21US%210%21AB&curPageLogUid=7JkvL66USWVf&utparam-url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |
| # 45 | CRESTED Official Store | https://www.aliexpress.com/item/1005006358553617.html?spm=a2g0o.productlist.main.31.64b3NaTWNaTWI1&algo_pvid=991aca91-4b98-4232-b568-8f79d95e5eb2&algo_exp_id=991aca91-4b98-4232-b568-8f79d95e5eb2-15&pdp_npi=4%40dis%21USD%217.13%214.35%21%21%217.13%214.35%21%402101c5bf17109016751141254efb13%2112000036881188946%21sea%21US%210%21AB&curPageLogUid=2cR6xn81H8wu&utparam-url=scene%3Asearch%7Cquery_from%3A&gatewayAdapt=4itemAdapt | | |