US00D986089S

(12) **United States Design Patent** (10) Patent No.: **US D986,089 S**
Guo (45) Date of Patent: ** **May 16, 2023**

(54) **WATCH BAND**

(71) Applicant: **Shenzhen Jiyou Supply Chain Co. LTD.,** Guangdong (CN)

(72) Inventor: **Yujin Guo**, Guangdong (CN)

(73) Assignee: **Shenzhen Jiyou Supply Chain Co. LTD.,** Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/860,806**

(22) Filed: **Nov. 22, 2022**

(30) **Foreign Application Priority Data**

| Nov. 15, 2022 | (EM) | ............................ | 15003234-0001 |
| Nov. 15, 2022 | (EM) | ............................ | 15003234-0002 |
| Nov. 15, 2022 | (EM) | ............................ | 15003234-0003 |

(51) **LOC (14) Cl.** ............................................... **11-01**
(52) **U.S. Cl.**
USPC ............................................................ **D11/3**
(58) **Field of Classification Search**
USPC ........ D11/1–18, 86, 97, 94; D10/30–32, 38; D14/344

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D240,368 S | * | 6/1976 | Button | ............................ | D11/5 |
| D257,333 S | * | 10/1980 | Hofman | ........................... | D11/3 |

(Continued)

FOREIGN PATENT DOCUMENTS

IN 224830-0001 * 12/2010

OTHER PUBLICATIONS

Nereides Compatible with Apple Watch Band Series, available Aug. 15, 2022, online, site visited Feb. 7, 2022. Available online, URL:

https://www.amazon.com/Nereides-Compatible-Apple-Sports-Design/dp/BOBFZTXGMN (Year: 2022).*

(Continued)

*Primary Examiner* — W. A. Teddy Falloway
*Assistant Examiner* — Sarah J Ault
(74) *Attorney, Agent, or Firm* — ScienBiziP, P.C.

(57) **CLAIM**

The ornamental design for a watch band, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right and top perspective view of a watch band, showing my design.
FIG. **2** is a rear, left and bottom perspective view thereof.
FIG. **3** is a front elevation view thereof.
FIG. **4** is a rear elevation view thereof.
FIG. **5** is a left side elevation view thereof.
FIG. **6** is a right side elevation view thereof.
FIG. **7** is a top plan view thereof.
FIG. **8** is a bottom plan view thereof.
FIG. **9** is a front, right and top perspective view of a second embodiment of a watch band.
FIG. **10** is a rear, left and bottom perspective view of the second embodiment of the watch band of FIG. **9**.
FIG. **11** is a front elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **12** is a rear elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **13** is a left side elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **14** is a right side elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **15** is a top plan elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **16** is a bottom plan elevation view of the second embodiment of the watch band of FIG. **9**.
FIG. **17** is a front, right and top perspective view of a third embodiment of a watch band.
FIG. **18** is a rear, left and bottom perspective view of the third embodiment of the watch band of FIG.**17**.

(Continued)



**US D986,089 S**

Page 2

FIG. **19** is a front elevation view of the third embodiment of the watch band of FIG. **17**.

FIG. **20** is a rear elevation view of the third embodiment of the watch band of FIG. **17**.

FIG. **21** is a left side elevation view of the third embodiment of the watch band of FIG. **17**.

FIG. **22** is a right side elevation view of the third embodiment of the watch band of FIG. **17**.

FIG. **23** is a top plan elevation view of the third embodiment of the watch band of FIG. **17**; and,

FIG. **24** is a bottom plan elevation view of the third embodiment of the watch band of FIG. **17**.

The broken lines depict portions of the watch band that form no part of the claimed design.

**1 Claim, 24 Drawing Sheets**

(58) **Field of Classification Search**

CPC ....... A44C 5/00; A44C 5/0007; A44C 5/0053; A44C 5/0061; A44C 5/0069; A44C 5/0076; A44C 5/02; A44C 5/027; A44C 5/107; A44C 5/12; A44C 5/14; A44C 5/16; A44C 5/18; A44C 5/185; A44C 11/00; A44C 13/00

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D341,101 S | * | 11/1993 | Andrew | D11/3 |
| D390,800 S | * | 2/1998 | Yamamoto | D10/32 |
| D748,527 S | * | 2/2016 | Akana | D11/94 |
| D749,460 S | * | 2/2016 | Akana | D11/94 |
| D821,912 S | * | 7/2018 | Ke | D11/94 |
| D833,909 S | * | 11/2018 | Akana | D11/94 |
| D857,545 S | * | 8/2019 | Akana | D11/94 |
| D857,546 S | * | 8/2019 | Akana | D11/94 |
| D869,323 S | * | 12/2019 | Akana | D11/94 |
| D883,840 S | | 5/2020 | Schowalter | |
| D920,830 S | | 6/2021 | Chao | |
| D920,831 S | * | 6/2021 | Laucella | D11/3 |
| 2002/0139142 A1 | * | 10/2002 | Marandola, Jr. ... | A44C 17/0216 63/22 |
| 2018/0368538 A1 | * | 12/2018 | Vanderbilt Kay | A45F 5/00 |

OTHER PUBLICATIONS

Hemsut Compatible with Apple Watch Band, available Jan. 4, 2022, online, site visited Feb. 7, 2022. Available online, URL: https://www.amazon.com/Hemsut-Compatible-Rugged-Sports-Replacement/dp/B0B19WZN1G/ (Year: 2022).*

* cited by examiner

Case: 1:25-cv-06464 Document #: 1-2 Filed: 06/11/25 Page 3 of 26 PageID #:23



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case: 1:25-cv-06464 Document #: 1-2 Filed: 06/11/25 Page 10 of 26 PageID #:30



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22

Case: 1:25-cv-06464 Document #: 1-2 Filed: 06/11/25 Page 25 of 26 PageID #:45



FIG. 23

Case: 1:25-cv-06464 Document #: 1-2 Filed: 06/11/25 Page 26 of 26 PageID #:46



FIG. 24